FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

FEB 13 2008

JAMES N. HATTEN, Clerk
By: /s/ A. Sewell  Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

KELVIN CAIN, :
    Plaintiff, :
: CIVIL ACTION NO.
v. : 1:08-CV-0453-TWT
:
UNNAMED DEFENDANT, :
    Defendant. :

## ORDER AND OPINION

Plaintiff, Kelvin Cain, currently confined at the Spalding County Jail ("Jail") in Griffin, Georgia, has submitted a letter that has been docketed by the Clerk of Court as a 42 U.S.C. § 1983 complaint. [Doc. 1]. After informing this Court of a recent change of address, Plaintiff complains in the letter about various conditions of confinement at the Jail. [Id. at 1-2]. Plaintiff asks this Court "to give me liberty, or give me death." [Id. at 2].

This Court finds that Plaintiff does not intend to file a formal civil rights action at this time. Plaintiff neither names a defendant nor provides this Court with a complete financial affidavit seeking leave to proceed in forma pauperis. Rather than seek relief in a formal civil rights action, Plaintiff appears to seek legal advice from this Court with regard to his complaints. This Court, however, has no authority to provide such legal advice to Plaintiff.

Accordingly, **IT IS HEREBY ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to proceed in forma pauperis for the sole purpose of dismissal.

The Clerk of this Court is **DIRECTED** to **FORWARD** to Plaintiff a § 1983 form. Should Plaintiff seek § 1983 relief, he should complete the proper form and submit it to the appropriate federal court.

**IT IS SO ORDERED**, this 13 day of February, 2008.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)